BRYAN SCHRODER
United States Attorney

KAREN VANDERGAW
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: karen.vandergaw@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>MARCUS CATALIN ROSU,<br>a/k/a MARCUS-CATALIN,<br>  MARCUS KATARLIN,<br>  ATILA POP,<br>  CATALIN ZAMFIRESCU,<br>  ROBERTO ABBAGNALE,<br>  MARIO PEPE,<br>  LUIGI QUATTRO,<br>  MARCO CAVEDONI,<br>  MARCO DOATI,<br>  JANAKIS MLADENIS,<br>  CHRISTIAN POPESCU,<br>  MARK SHMID,<br>  SEBASTIAN BLASON,<br>  SEBASTIAN ZAMOF,<br><br>    Defendant. | No. 3:20-cr-00052-SLG-MMS<br><br>COUNT 1:<br>POSSESSION OF ACCESS DEVICE-<br>MAKING EQUIPMENT<br> Vio. of 18 U.S.C. § 1029(a)(4) |

## I N F O R M A T I O N

The United States Attorney charges that:

## COUNT 1

On or about July 11, 2020, within the District of Alaska, the defendant MARCUS

CATALIN ROSU, knowingly and with intent to defraud, had control and custody of, and

possessed access device-making equipment and this control, custody, and possession

affected interstate and foreign commerce.

All of which is in violation of 18 U.S.C. § 1029(a)(4) and (c)(1)(a)(ii).

RESPECTFULLY SUBMITTED July 15, 2020, at Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/ Karen Vandergaw
KAREN VANDERGAW
Assistant U.S. Attorney
United States of America