# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARCUS CATALIN ROSU,<br><br>　　　　Defendant. | Case No. 3:20-cr-00052-SLG-MMS |

## ORDER RE FINAL REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A PLEA OF GUILTY

A plea agreement was filed in this case at Docket 25. Pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter was referred to the Honorable Magistrate Judge Matthew M. Scoble by the District Court, with the written and oral consents of Defendant, counsel for Defendant, and counsel for the United States. A proposed change of plea hearing was held before the magistrate judge at which Defendant entered a guilty plea to Count 1s of the Superseding Felony Information, which is a violation of Title 18, United States Code, § 1344(2) – Bank Fraud.

Judge Scoble issued a Final Report and Recommendation at Docket 37, in which he recommended that the District Court accept Defendant's plea of guilty to Count 1s of the Indictment. No objections to the Final Report and Recommendation have been filed.

The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1). The Court has reviewed the Final Report and Recommendation and adopts it. Accordingly, IT IS ORDERED that the Court ACCEPTS Defendant's plea of guilty to Count 1s of the Superseding Felony Information, Title 18, United States Code, § 1344(2) – Bank Fraud, and Defendant is adjudged GUILTY of Count 1s. An Imposition of Sentence hearing is scheduled for **May 21, 2021 at 2:00 p.m**. in Anchorage Courtroom 2.

DATED this 25th day of March, 2021 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:20-cr-00052-SLG-MMS, *USA v. Rosu*
Order re Final Report and Recommendation
Page 2 of 2
Case 3:20-cr-00052-SLG-MMS   Document 38   Filed 03/25/21   Page 2 of 2